## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

1. JANETTE FRINGER,

and

2. DEBRA LUCAS,

    Plaintiffs,

v.

1. EPWORTH LIVING, INC.,

    Defendant.

Case No.   CIV-23-48-D

State Case No. CJ-2022-6172
District Court of Oklahoma County,
State of Oklahoma

### NOTICE OF REMOVAL

1.    Notice.  Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, FED. R. CIV. P. 81, and LCvR 81.2, Defendant, Epworth Living, Inc., ("Defendant" or "Epworth"), hereby removes this action to the United States District Court for the Western District of Oklahoma, which is the judicial district in which the action is pending. In filing this Notice of Removal, Epworth does not waive its right to compel Plaintiffs to submit their claims to arbitration. Nor does Epworth waive any defenses, counterclaims, or claims that may be available. In support of this Notice, Epworth states as follows:

2.    The State Court Action.  On December 19, 2022, Plaintiffs filed a Petition in Oklahoma County District Court, captioned *Janette Fringer and Debra Lucas v. Epworth Living, Inc.,* Case No. CJ-2022-6172 (the "State Court Action"). A copy of the Summons and Petition were thereafter served on Epworth's registered service agent via U.S. mail on December 27, 2022.

3.      Attachment of State Court Papers.   Pursuant to 28 U.S.C. § 1446 and LCvR 81.2, a true and correct copy of the Docket Sheet from the State Court Action is attached as **EXHIBIT 1.** The following documents are also attached as Exhibits, which together comprise all known process, pleadings, and other documents served or filed in the State Court Action to date:

a.  the Petition, attached as **EXHIBIT 2**;

b.  the Returned Summons, attached as **EXHIBIT 3**;

c.  the Entry of Appearance by Mark Hammons as counsel for Plaintiffs, attached as **EXHIBIT 4**;

d.  the Entry of Appearance by Amber Hurst as counsel for Plaintiffs, attached as **EXHIBIT 5**.

At the time of filing this Notice of Removal, there have been no other filings or proceedings in the State Court Action except those attached as **EXHIBITS 1–5** (which is inclusive of the docket sheet for the State Court Action).

4.      Removal is Proper.   Removal to this Court from the District Court of Oklahoma County is proper pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, as it is a civil action founded on a claim or right arising under the laws of the United States.

5.      Plaintiffs' Age Discrimination Claim Confers Federal Question Jurisdiction. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because the Petition asserts claims of discrimination and retaliation under the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. § 621 *et seq*. Consequently, this action may be removed to this Court without regard to the amount in controversy or the citizenship of the parties pursuant to 28 U.S.C. § 1441.

6. <u>This Court Has Supplemental Jurisdiction over Plaintiffs' Remaining Claims</u>. Plaintiffs additionally assert claims pursuant to the Oklahoma Anti-Discrimination Act ("OADA"), 25 O.S. § 1301 *et seq.*, and Oklahoma public policy. All of Plaintiffs' claims arise from the same common nucleus of operative facts. This Court therefore has supplemental jurisdiction over these claims. *See* 28 U.S.C. § 1367(a) ("[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.").

7. <u>Removal Within Thirty Days.</u>  This Notice of Removal is timely under 28 U.S.C. § 1446(b) because Epworth filed it within thirty (30) days after the Petition was served on December 27, 2022.

8. <u>Notice of Filing Notice of Removal.</u>  Written notice of the filing of this Notice of Removal will be given promptly to Plaintiffs, and a copy of the Notice of Removal will be filed with the Clerk of the District Court of Oklahoma County, as provided by 28 U.S.C. § 1446(d).

9. <u>Oklahoma County Is Located Within This District</u>.  Removal to this Court is proper under 28 U.S.C. § 1441 because the District Court of Oklahoma County is located within this District. *See* 28 U.S.C. § 116(c).

WHEREFORE, Defendant Epworth Living, Inc., removes this action to this Court and invokes this Court's jurisdiction.

Dated: January 17, 2023.

Respectfully submitted,

*s/Chris S. Thrutchley*

Chris S. Thrutchley, OBA No. 15859
**GABLEGOTWALS**
100 North Elgin Ave., Suite 200
Tulsa, Oklahoma 74120
Telephone (918) 595-4800
Facsimile (918) 595-4990
*cthrutchley@gablelaw.com*

and

Gerard M. D'Emilio, OBA No. 33496
**GABLEGOTWALS**
BOK Park Plaza
499 West Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
Telephone (405) 235-5500
Facsimile  (405) 235-2875
*gdemilio@gablelaw.com*

**Attorneys for Defendant Epworth Living, Inc.**

4

## CERTIFICATE OF MAILING

I hereby certify that on this 17th day of January, 2023, a copy of this document was mailed, postage prepaid, to the following:

| | |
|---|---|
| Mark Hammons<br>Amber Hurst<br>Hammons, Hurst & Associates<br>325 Dean A. McGee Avenue<br>Oklahoma City, Oklahoma 73102<br>amber@hammonslaw.com<br>***Attorneys for Plaintiffs*** | ☒ U.S. Mail  ☐ Fax  ☒ E-mail<br>☐ Hand-Delivery<br>☐ Overnight Mail |

*s/Chris S. Thrutchley*
Chris S. Thrutchley

5